USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
BENJAMIN PROTESS,

                Plaintiffs,

- versus -

DEPARTMENT OF TRANSPORTATION,

                Defendant.

No. 17 Civ. 7510 (PKC)

**STIPULATION OF**
**VOLUNTARY DISMISSAL** & ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel that:

1.     The above-captioned action is voluntarily dismissed with prejudice against defendant the United States Department of Transportation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side bearing its own fees and costs.

*[remainder of this page intentionally blank]*

2. This Stipulation may be signed in counterparts.

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov

*Counsel for Defendant*

Dated: February 2, 2018

DAVID E. MCCRAW
Legal Department
The New York Times Company
620 8th Avenue, 18th Floor
New York, NY 10018
Tel: (212) 556-1985/4031
Fax: (212) 556-1009
Email: mccrad@nytimes.com

*Counsel for Plaintiffs*

Dated: February 2, 2018

[Handwritten: The case is closed. Feby 23 conference VACATED]

SO ORDERED:

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

2-5-18

2